25774.   WADDELL v. CITY OF ATLANTA et al.

Per curiam.   On further consideration of the record in the present case, this court has reached the conclusion that the application for the writ of certiorari to review the judgment of the Court of Appeals (*Waddell v. City of Atlanta*, 121 Ga. App. 94 (172 SE2d 862)), was improvidently granted and accordingly the case is

*Dismissed.   All the Justices concur.*

Argued July 13, 1970—Decided September 10, 1970.

*Rich, Bass, Kidd & Broome, Casper Rich, Robert J. NeSmith,* for appellant.

*Dan C. Mitchell, Henry L. Bowden,* for appellees.